RECEIVED 5·28·13
cc: FS

1

2

3

4

5 IN THE CIRCUIT COURT OF THE STATE OF OREGON

6 FOR THE COUNTY OF MULTNOMAH

7 MARK SOLOMON,             )    Case No. **1305-06926**
                                 )

8             Plaintiff,      )    **FIRST AMENDED COMPLAINT**
                                 )

9     v.                           )    **(Breach of Insurance**

10                                  )    **Contract)**
EAGLE WEST INSURANCE    )

11 COMPANY,              )    **(Not Subject to Mandatory**
                                 )    **Arbitration)**

12            Defendant.     )
                                 )    **JURY TRIAL REQUESTED**

13

14

15 **CLAIM FOR RELIEF**
**(Breach of Insurance Contract)**

16 **COUNT 1**

17 **(Express Contract)**

18                                  1.

19       Plaintiff Mark Solomon ("plaintiff") is, and at all times mentioned

20 herein was, the owner of property located at 10611 SE Prairie Schooner

21 Road, Prineville, Oregon (the "property").

                                 2.

22       Defendant Eagle West Insurance Company ("defendant") is, and at all

23 times mentioned herein was, a corporation.

Page 1 - FIRST AMENDED COMPLAINT

**SHENKER & BONAPARTE, LLP**
1500 SW First Ave, Suite 765
Portland, OR 97201
TELEPHONE (503) 242-0005
FACSIMILE (503) 323-7360
email: bob@bb-law.net

Exhibit 2
Page 1 of 5

1

**3.**

2      Defendant issued a homeowners policy (the "policy") to plaintiff.  The

3   policy was issued for valuable consideration in the form of policy premiums,

4   which were paid by plaintiff.

5                                      **4.**

6      Pursuant to the policy, defendant insured the property and agreed to

7   pay for certain losses, including, but not limited to theft losses of personal

    property.

8                                      **5.**

9      While the policy was in force, on or about May 18, 2011 burglars

10   entered plaintiff's dwelling, and stole personal property.

11                                     **6.**

12      The losses suffered by plaintiff fall within the coverage of defendant's

13   policy.  Pursuant to the terms of the policy, plaintiff sought payment from

14   defendant for all his damages.  Defendant has refused to pay plaintiff's loss

    of personal property.

15                                     **7.**

16      Defendant's denial and refusal to pay plaintiff's damages constitutes a

17   breach of the insurance contract.

18                                     **8.**

19      As a result of defendant's breach of contract, plaintiff has been

    damaged in the amount of $120,000.

20                                     **9.**

21      Plaintiff is entitled to attorney fees under ORS 742.061.

22   ///

23   ///

Page 2 -  FIRST AMENDED COMPLAINT

**SHENKER & BONAPARTE, LLP**
1500 SW FIRST AVE, SUITE 765
PORTLAND, OR 97201
TELEPHONE (503) 242-0005
FACSIMILE (503) 323-7360
email: bob@bb-law.net

Exhibit 2
Page 2 of 5

1

2
## COUNT 2
### (Implied Covenant)

3
10.

4
Plaintiff realleges and incorporates by reference the allegations in

5
paragraphs 1-9.

6
11.

Defendant failed to make payment, refused to make payment, and

7
delayed payment for losses that were caused by the theft, in violation of the

8
policy of insurance, thus causing damages to plaintiff.

9
12.

10
Defendant violated the implied covenant of good faith and fair dealing

11
in failing properly to investigate the loss, adjust the claim, and pay plaintiff

for all the losses sustained as a result of the entry and theft, causing

12
damages to plaintiff:

13
a.    On or about May 18, 2011 burglars entered plaintiff's

14
dwelling and stole plaintiff's personal property.

15
b.    Plaintiff promptly reported the losses, and provided proper

proof of loss.  More than six months have passed since plaintiff's

16
submissions of proof of loss.

17
c.    Defendant has repudiated the contract.

18
d.    Plaintiff has supplied all information and documentation

19
requested by defendant.

20
13.

21
It was foreseeable to defendant that if it breached its obligations under

the insurance policy, plaintiff would suffer damages.

22
///

23

Page 3 -  FIRST AMENDED COMPLAINT

SHENKER & BONAPARTE, LLP
1500 SW FIRST AVE, SUITE 765
PORTLAND, OR 97201
TELEPHONE (503) 242-0005
FACSIMILE (503) 323-7360
email: bob@bb-law.net

Exhibit 2
Page 3 of 5

14.

As a result of the breach of contract by defendant, plaintiff has suffered damages as set forth in paragraph 8.

WHEREFORE, plaintiff prays for relief from defendant as follows:

(a)    On the CLAIM FOR RELIEF:  For damages in the amount of $120,000, including plaintiff's attorney fees herein;

(b)    For prejudgment interest at the legal rate from the time damages are incurred;

(c)    For plaintiff's attorney fees, costs and disbursements herein; and

(d)    For such other relief as the court deems just and proper.


Dated this 24th day of May, 2013.


SHENKER & BONAPARTE, LLP



By _____
       Robert E.L. Bonaparte, OSB No. 883411
       Of Attorneys for Plaintiff Mark Solomon



Trial Attorney:
Robert E.L. Bonaparte, OSB No. 883411


Page 4 -  FIRST AMENDED COMPLAINT

**SHENKER & BONAPARTE, LLP**
1500 SW FIRST AVE, SUITE 765
PORTLAND, OR 97201
TELEPHONE (503) 242-0005
FACSIMILE (503) 323-7360
email:  bob@bb-law.net

Exhibit 2
Page 4 of 5

1    **CERTIFICATE OF SERVICE**

2          I certify that I served the foregoing **FIRST AMENDED**
**COMPLAINT** on the following person on May 24, 2013, by e-mail and
3    regular mail a true and correct copy thereof, addressed to said attorneys at
the addresses shown below:

4

5             Matthew E. Hedberg, OSB No. 081958
              E-Mail:  matt.hedberg@bullivant.com
6             Bullivant Houser Bailey PC
              888 SW 5th Ave Ste 300
7             Portland OR  97204
              Telephone:  503 228-6351
8             Facsimile:  503 295-0915
                  Of Attorneys for Defendant
9

10

11             SHENKER & BONAPARTE, LLP

12        By   /s/ Robert E.L. Bonaparte
             Robert E.L. Bonaparte, OSB No. 883411
13           Telephone:  (503) 242-0005
             Facsimile: (503) 323-7360
14

15

16

17

18

19

20

21

22

23

Page 1 -   CERTIFICATE OF SERVICE

**SHENKER & BONAPARTE, LLP**
1500 SW 1ST AVE, SUITE 1500
PORTLAND, OR 97201
TELEPHONE (503) 242-0005
FACSIMILE (503) 323-7360
email:  bob@bb-law.net

Exhibit 2
Page 5 of 5